

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-19-00076-CV

Paloma **HERNANDEZ,**
Appellant

v.

Eva **MARTINEZ,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV08551
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

     Appellant's brief was due April 17, 2019.  Neither the brief nor a motion for extension of time has been filed.

     We therefore **ORDER** appellant to file, **on or before May 13, 2019,** her appellant's brief and a written response reasonably explaining her failure to timely file the brief.  If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).

     We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court